# United States District Court
## Violation Notice

CVB Location Code: C7**

Violation Number: **F4903691**
Officer Name (Print): **L. BROWN**
Officer No.: **2345**

F4903691

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **04/09/2019  1000**
Offense Charged: **36 CFR 261.9(a)**

Place of Offense: **GODS GULCH NORTH OF FS ROAD 31N42**

Offense Description: **— DAMAGING NATURAL FEATURE OR OTHER PROPERTY**

### DEFENDANT INFORMATION

Last Name: **PETERSON**
First Name: **ANDREW**
M.I.: **D**

[Defendant information redacted]

Tag No.: ___  State: ___  Year: ___  Make: ___  Type: ___  Color: ___

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Andrew Peter...*

Previous edition is obsolete      Original - CVB Copy      FS-5300-4 (2/2016)

CVB SCAN 05/13/2019 9:12

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

**(SEE ATTACHED.)**

The foregoing statement is based upon:
/ my personal observation       / my personal investigation
/ information supplied to me from my fellow officer's observation
  other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **4/9/2019**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 05/13/2019 9:12