# United States District Court
## Violation Notice

CVB Location Code: C4 19

**Violation Number:** F4903694
**Officer Name (Print):** L. BROWN
**Officer No.:** 2345

F4903694

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 04/09/2019 1000
**Offense Charged:** 36 CFR 261.11(c)
**Place of Offense:** GOODS GULCH NORTH OF FS ROAD 31 N 42
**Offense Description:** – PLACING IN OR NEAR STREAM ANY SUBSTANCE WHICH MAY POLLUTE

### DEFENDANT INFORMATION

**Last Name:** PETERSON
**First Name:** ANDREW
**M.I.:** D

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| — | — | — | — | — | — |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** [signature]

Original - CVB Copy
FS-5300-4 (2/2016)

CVB SCAN 05/13/2019 9:11

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

(SEE ATTACHED.)

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 4/11/2019
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB SCAN 05/13/2019 9:11