# United States District Court
## Violation Notice

CVB Location Code: C471

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F4903692 | L. BROWN | 2345 |

F4903692

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 04/09/2019  1000 | 36 CFR 261.10 (b) |

**Place of Offense:** GOODS GULCH NORTH OF FS ROAD 31N42

**Offense Description:**
- OCCUPYING, MAINTAINING, CONSTRUCTING WITHOUT OPERATING PLAN OR AUTHORIZATION

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PETERSON | ANDREW | D |

[address redacted]

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| — | — | — | — | — | — |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
$30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  |  |
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy
FS-5300-4 (2/2016)

CVB SCAN 05/13/2019 9:11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

(SEE ATTACHED.)

The foregoing statement is based upon:
✓ my personal observation   ✓ my personal investigation
__ information supplied to me from my fellow officer's observation
__ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/9/2019   [Officer's Signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 05/13/2019 9:11