Andrew D. Peterson Pro Per
P. O. Box 501
Hayfork, California 96041

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff,<br><br>vs.<br><br>Andrew D. Peterson<br><br>      Defendant. | Violation No. 3:19-po-0113 DMC<br><br>**DECLARATION OF**<br>**DIANE RICHARDS**<br><br>Date: June 25, 2019<br>Time: 9 am<br>Dept. United States District Court<br>    2986 Bechelli Lane,<br>    Redding, California |

I, DIANE RICHARDS, do hereby declare:

1. I am a long-time resident of Trinity County and a person who takes a great interest in the MINING INDUSTRY as a member of the Hayfork Mining District, and represent the Republican

- 1 -
MOTION TO DISMISS

Central Committee of Trinity County as its Chairwoman. By reason of the foregoing, I have personal, first- hand knowledge of all of the facts set forth in this, my Declaration, and if called as a witness could and would testify competently to all of them.

2. I, as well as other members of the Hayfork Mining District, seek to mentor young people through the intricacies of prospecting and mining activities to encourage exploration and use of local mining resources.

3. Andrew D. Peterson is a novice miner that has worked to gain knowledge and experience through hard work and perseverance. Mr. Peterson continually seeks advice and help to properly follow U.S. mining laws and regulations. In early February, 2019 Mr. Peterson requested advice from the District Ranger regarding prospecting, camping and fire permitting on an area he was surveying to mark and monument as a mining claim. Inasmuch as I have worked for many years as a member of the Trinity County Collaborative with our local District Ranger Tom Hall, I put in a call to Ranger Hall and received a prompt reply that Mr. Peterson would not be required to have a fire permit at that time. Ranger Hall also warned later that no fires would be permitted under any circumstance during fire season.

4. Mr. Peterson works and lives on my ranch as well as another local ranch in Hayfork where he repairs fencing, roads, culverts, cuts firewood and clears downed trees from recent storms. Mr. Peterson has a very strong work ethic which serves many of the local community to its betterment.

5. Mr. Peterson works for other miners on their claims and as such is learning the trade firsthand.

6. Mr. Peterson contacted me immediately at my ranch after being cited. We went out to his claim that he had recently staked to inspect the issues.

7. My observations were that:

(1) there was a tent with a tarp overhead and a tarp nearby on the ground with specimens he had collected;

(2) there was a pit next to the tent for panning and other activities which was very skillfully and neatly dug and arranged from the tailings piles that run along Goodes Gulch; and

(3) there was no waste near the stream and all refuse was bagged.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 25th Day of June, 2019 at Hayfork, California.

_____
DIANE RICHARDS