1  McGREGOR W. SCOTT
United States Attorney
2  CHRISTOPHER S. HALES
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  3:19-PO-0113 DMC

                          Plaintiff,         MOTION FOR EXTENSION OF TIME TO
12                                           OPPOSE DEFENDANT'S MOTION TO DISMISS

13          v.

    ANDREW D. PETERSON,
14
                          Defendant.         COURT: Hon. Dennis M. Cota
15

16

17          The United States hereby requests a two-week extension of time until July 16, 2019 to respond to

18  defendant's motion to dismiss that was filed on June 25, 2019 (ECF 7).  Under Local Rule 430.1(d), the

19  government's opposition to defendant's motion would ordinarily be due on Tuesday, July 2, 2019, one

20  week after the motion was filed.  L.R. 430.1(d).  However, pursuant to Local Rule 430.1(f), this Court

21  may grant an extension of time within which a party may respond to a motion.  This is the first request

22  for extension filed by the government with respect to the motion in question.  L.R. 430.1(f).  The basis

23  for the requested extension is that the undersigned was not previously familiar with this case, and was

24  not previously listed as counsel of record in this case until being added on the date the motion to dismiss

25  was filed by defendant.  In addition, the undersigned has since been in communication with the Rule 180

26  prosecutors on this case and determined that additional investigation will be necessary to respond to the

27  legal and factual claims contained within defendant's motion to dismiss.

28          ///

1    For these reasons, the government therefore respectfully requests the Court to order that the

2  government's opposition to defendant's motion to dismiss shall be filed on or before July 16, 2019.

3  Dated:  July 1, 2019                                     McGREGOR W. SCOTT
                                                            United States Attorney
4

5                                                 By:  /s/ CHRISTOHPER S. HALES
                                                       CHRISTOHPER S. HALES
6                                                      Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR EXTENSION OF TIME
U.S. v. PETERSON, 3:19-PO-0113 DMC