McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:19-PO-0113 DMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ANDREW D. PETERSON, | |
| Defendant. | |

**ORDER**

The Court has reviewed the government's motion for an extension of time until July 16, 2019 within which to respond to defendant's motion to dismiss (ECF 7).  For the reasons stated in the government's motion and good cause appearing, the government's motion is hereby GRANTED.  The government's opposition to defendant's motion to dismiss (ECF 7) shall be filed not later than July 16, 2019.

IT IS SO ORDERED this ____ day of _____, 2019.

THE HONORABLE DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE