McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:19-po-00113-DMC |
| Plaintiff, | ) | CERTIFICATE OF SERVICE BY MAIL |
| v. | ) | |
| ANDREW D. PETERSON, | ) | |
| Defendant. | ) | JUDGE: Hon. Dennis M. Cota |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 2, 2019, she served a copy of United States' Motion for Extension of Time to Oppose Defendant's Motion to Dismiss, by placing said copy in a postpaid envelope, via certified mail, addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Andrew D. Peterson
P.O. Box 501
Hayfork, CA 96041


DATED: July 2, 2019          McGREGOR W. SCOTT
                             United States Attorney

                        By:  */s/ Christopher S. Hales*
                             CHRISTOPHER S. HALES
                             Assistant U.S. Attorney