```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | STEPHEN S. CODY
   | Special Assistant U.S. Attorney
 3 | CHRISTOPHER S. HALES
   | Assistant U.S. Attorney
 4 | 501 I Street, Suite 10-100
   | Sacramento, CA  95814
 5 | (916) 554-2700
 6 |
 7 |
 8 |                   UNITED STATES DISTRICT COURT
 9 |                  EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,   ) 3:19-po-00113-DMC
   |                             )
12 |           Plaintiff,        ) DESIGNATION OF COUNSEL
   |                             )
13 |      v.                     )
   |                             )
14 | ANDREW D. PETERSON,         )
   |                             )
15 |           Defendant.        )
   |                             )
16 | _____)
17 |
18 |      Plaintiff United States of America requests that Special
19 | Assistant U.S. Attorney Stephen S. Cody be designated as counsel of
20 | record in this action.
21 |
22 | Dated: July 15, 2019        McGREGOR W. SCOTT
   |                             United States Attorney
23 |
24 |                             By:  /s/ Stephen S. Cody _____
   |                                  STEPHEN S. CODY
25 |                                  Special Assistant U.S. Attorney
26 |
27 |
28 |
```

## PROOF OF SERVICE BY MAIL

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

      That on July 15, 2019, she served a copy of the **Designation of Counsel** by placing said copy in a postage paid envelope addressed via first class mail to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Andrew D. Peterson
P.O. Box 501
Hayfork, CA  96041


Dated:  July 15, 2019                                */s/ Sherri Swanson*
                                                           SHERRI SWANSON
                                                           Paralegal Specialist