McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

FILED

AUG 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW D. PETERSON,<br><br>　　　　　Defendant. | 2:19 CR 133 DMC<br><br>VIOLATIONS: 18 U.S.C. § 1361 – Depredation Against Any Property of the United States; 16 U.S.C. § 551 and 36 C.F.R. § 261.11(c) – Sanitation; 16 U.S.C. § 551 and 36 C.F.R. § 261.9(a) – Damaging Natural Feature or Other Property; and 16 U.S.C. § 551 and 36 C.F.R. § 261.10(b) – Occupying, Maintaining, Constructing Without Operating Plan or Authorization |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 1361 – Depredation against any property of the United States]

The United States Attorney charges:  T H A T

ANDREW D. PETERSON,

defendant herein, on or before April 9, 2019, in the Shasta-Trinity National Forest, County of Trinity, in the State and Eastern District of California, did willfully injure and commit depredation against property of the United States, and any department and agency thereof,

not exceeding the sum of $1,000.00, in violation of Title 18, United States Code, Section 1361, a class A misdemeanor.

COUNT TWO:     [16 U.S.C. § 551 and 36 C.F.R. § 261.11(c) - Sanitation]

The United States Attorney further charges:  T H A T

ANDREW D. PETERSON,

defendant herein, on or before April 9, 2019, in the Shasta-Trinity National Forest, County of Trinity, in the State and Eastern District of California, did place in and near a stream, lake, and other water any substance which does and may pollute a stream, lake, and other water, to wit:  human feces and garbage, in violation of Title 16, United States Code, Section 551, and Title 36, Code of Federal Regulations, Section 261.11(c), a Class B misdemeanor.

COUNT THREE: [16 U.S.C. § 551 and 36 C.F.R. § 261.9(a) - Damaging
             Natural Feature or Other Property]

The United States Attorney further charges:  T H A T

ANDREW D. PETERSON,

defendant herein, on or before April 9, 2019, in the Shasta-Trinity National Forest, County of Trinity, in the State and Eastern District of California, did damage a natural feature and other property of the United States, in violation of Title 16, United States Code, Section 551, and Title 36, Code of Federal Regulations, Section 261.9(a), a Class B misdemeanor.

COUNT FOUR:    [16 U.S.C. § 551 and 36 C.F.R. § 261.10(b) - Occupying,
               Maintaining, Constructing Without Operating Plan or
               Authorization]

The United States Attorney further charges:  T H A T

ANDREW D. PETERSON,

defendant herein, on or before April 9, 2019, in the Shasta-Trinity National Forest, County of Trinity, in the State and Eastern District

of California, did construct, reconstruct, improve, maintain, occupy and use a residence on National Forest System lands without authorization by a special-use authorization and without an approved operating plan when such authorization was required, in violation of Title 16, United States Code, Section 551, and Title 36, Code of Federal Regulations, Section 261.10(b), a Class B misdemeanor.

DATED: August 14, 2019          McGREGOR W. SCOTT
                                United States Attorney

                        By:     /s/ Stephen S. Cody
                                STEPHEN S. CODY
                                Special Assistant U.S. Attorney

## PENALTY SLIP

**UNITED STATES v. ANDREW D. PETERSON**

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1361 – Depredation Against Any Property of the United States |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000.00, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |

**COUNT TWO:**

| | |
|---|---|
| VIOLATION: | 16 U.S.C. § 551 and 36 C.F.R. § 261.11(c) - Sanitation |
| PENALTY: | Imprisonment for not more than six (6) months, a fine of not more than $5,000.00, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $10.00 |

**COUNT THREE:**

| | |
|---|---|
| VIOLATION: | 16 U.S.C. § 551 and 36 C.F.R. § 261.9(a) – Damaging Natural Feature or Other Property |
| PENALTY: | Imprisonment for not more than six (6) months, a fine of not more than $5,000.00, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $10.00 |

**COUNT FOUR:**

| | |
|---|---|
| VIOLATION: | 16 U.S.C. § 551 and 36 C.F.R. § 261.10(b) – Occupying, Maintaining, Constructing Without Operating Plan or Authorization |
| PENALTY: | Imprisonment for not more than six (6) months, a fine of not more than $5,000.00, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $10.00 |