McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00133-DMC |
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| ANDREW D. PETERSON, | |
| Defendant. | |

    Plaintiff United States of America requests that Special Assistant U.S. Attorney Stephen S. Cody be removed as counsel of record in this action.

Dated: October 7, 2019        McGREGOR W. SCOTT
                              United States Attorney

                              By:  /s/ Christopher S. Hales
                                   CHRISTOPHER S. HALES
                                   Assistant U.S. Attorney